IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

KIM TOMBLIN,

        Plaintiff,

v.                                CIVIL ACTION NO. 3:08-1294

WCHS-TV8,

        Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion and Order granting the defendant's motion for summary judgment, the Court **ORDERS** that judgment be entered in favor of the defendant WCHS-TV8 and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

ENTER: January 21, 2010

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE